149 F.3d 1165
 Bentley WM Penn, Jr.
v.
Jospeh Lehman, Former Pennsylvania Department of Corrections
Commissioner, Raymond E. Clymer, Former Pennsylvania
Department of Corrections Commission, Martin Horn, Acting
Pennsylvania Department of Corrections Commissioner, Cheryl
Young, Chief Counsel, Pennsylvania Department of
Corrections, David L. Horowitz, Assistant Counsel and
Supervisor, Legal Services Section, Pennsylvania Department
of Corrections, Kandis K. Dascani,
 NO. 97-7337
 United States Court of Appeals,
Third Circuit.
 March 4, 1998
 
 Appeal From: M.D.Pa. ,No.9500715 ,
 Muir, J.
 
 
 1
 Affirmed.